JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO BICHARA, | ) | NO. CV 20-6292-CAS (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order filed concurrently,

IT IS ADJUDGED that the letter filed by Petitioner is DENIED without prejudice and that the case be terminated without prejudice to his ability to file a petition for writ of habeas corpus under 28 U.S.C. § 2241.

DATED: August 4, 2020

_____
CHRISTINA A. SNYDER
United States District Judge